# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMALGAMATED TRANSIT UNION LOCAL 1637, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>VEOLIA TRANSPORTATION SERVICES, INC.,<br><br>   Defendant. | 2:11-CV-1986 JCM (CWH) |

# ORDER

Presently before the court is defendant Veolia Transportation Services, Inc.'s motion to dismiss. (Doc. #10). Plaintiff Amalgamated Transit Union Local 1637, AFL-CIO then filed an amended complaint on March 14, 2012. (Doc. #18).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Veolia Transportation Services, Inc.'s motion to dismiss (doc. #10) be, and the same hereby is, DENIED as moot.

DATED April 11, 2012.

*James C. Mahan*

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**