Patricia S. Waldeck, State Bar No. 2640
7881 West Charleston Blvd., Suite 210
Las Vegas, NV 89117
Phone: (702) 658-6100
Fax: (702) 658-2502
Email: pswaldeck@cs.com

Mark H. Lipton, State Bar No. 8160
1380 Lead Hill Blvd., Suite 106
Roseville, CA 95661
Phone: (916) 652-2221
Email: liptonapc@aol.com

Eileen M. Bissen, *pro hac vice*
Neyhart, Anderson, Flynn & Grosboll, APC
369 Pine Street, Suite 800
San Francisco, CA 94104
Phone: (415) 677-9440
Fax: (415) 677-9445
Email: ebissen@neyhartlaw.com

*Attorneys for Plaintiff*
*Amalgamated Transit Union, Local 1637*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## SOUTHERN DIVISION

| | |
|---|---|
| AMALGAMATED TRANSIT UNION, LOCAL 1637, | Case No. 2:11-CV-01986-JCM (CWH) |
| | [PROPOSED] ORDER |
| **Plaintiff,** | |
| v. | |
| VEOLIA TRANSPORTATION SERVICES, INC. | |
| **Defendant** | |

A discovery hearing was held on May 15, 2012 before the Honorable Magistrate Judge Carl W. Hoffman in the above-referenced court. Eileen M. Bissen appeared on behalf of Amalgamated Transit Union, Local 1637 ("Plaintiff"), and Peter Goatz appeared on behalf of Veolia Transportation Services, Inc. ("Defendant") at that hearing. The Honorable Magistrate Judge Carl W. Hoffman ordered the parties to file, by the close of business on May 25, 2012, a Stipulation and Proposed Order which includes an agreement as to the scope of the review of the arbitrator's decision, when the administrative record shall be produced, and the timeline for the related briefing schedule.

The parties were unable to agree upon a stipulation and proposed order, as explained in the Declaration of Eileen M. Bissen (hereafter referred to as "Bissen Decl."), filed concurrently herewith. Plaintiff, by and through its counsel, therefore hereby submits its proposed order for consideration and requests that the Honorable Magistrate Judge Carl W. Hoffmann approve of and adopt it.

**[PROPOSED] ORDER**

1. <u>SCOPE OF THE REVIEW OF THE ARBITRATOR'S DECISION</u>. The court's power shall be limited to vacating the underlying arbitration decision, in the event this court deems it appropriate to do so based on the forthcoming briefing by the parties. This court does not have the power or authority to reinstate the grievant in the underlying arbitration case giving rise to this one, but only to remand the case to arbitration for decision, in the event this court vacates the decision and award. Accordingly, discovery is not necessary at this time and shall be stayed until after the court's decision regarding whether or not the underlying arbitration award should be vacated.

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

[PROPOSED] ORDER
2

2. <u>TIMELINE FOR PRODUCTION OF ADMINISTRATIVE RECORD</u>. The administrative record for this case shall be submitted no later than Friday, June 15, 2012.

3. <u>TIMELINE FOR BRIEFING SCHEDULE</u>. The parties shall adhere to the following briefing schedule: Plaintiff's motion to vacate the underlying arbitration award shall be filed on or before Friday, June 29, 2012; Defendant's opposition to Plaintiff's motion shall be filed no more than thirty (30) days after Plaintiff's motion is filed; Plaintiff's reply to Defendant's opposition, if Plaintiff deems it necessary to file a reply, shall be filed no more than fifteen (15) days after Defendant's files its opposition.

**IT IS SO ORDERED.**

_____
**HON. MAGISTRATE JUDGE CARL W. HOFFMAN**

Dated: _____, 2012

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 25th of May, 2012, I caused a true and correct copy of the following document to be served upon the counsel listed herein via the court general Notice of Electronic Filing and the ECF system:

[PROPOSED] ORDER

**Anthony Zmaila**
Anthony A. Zmaila Limited PLLC
265 E Warm Springs Rd.
Suite 100
Las Vegas, NV 89119
Email: usdcecf.aaznevada@gmail.com

**Gina Moshiri**
McMahon Berger, PC
2730 North Ballas Road
St. Louis, mo 63131
Email: moshiri@mcmahonberger.com

**James N. Foster , Jr.**
McMahon Berger, P.C.
2730 N. Ballas Road
Suite 200
St. Louis, MO 63131
Email: foster@mcmahonberger.com

**Peter J Goatz**
Anthony A. Zmaila Limited PLLC
265 E. Warm Springs Road
Las Vegas, NV 89119
Email: peter@aaznevada.com

I declare under penalty of perjury that the foregoing is true and correct.

An employee of Neyhart, Anderson, Flynn and Grosboll