1  Patricia S. Waldeck, State Bar No. 2640
   7881 West Charleston Blvd., Suite 210
2  Las Vegas, NV 89117
   Phone: (702) 658-6100
3  Fax: (702) 658-2502
4  Email: pswaldeck@cs.com

5  Mark H. Lipton, State Bar No. 8160
   1380 Lead Hill Blvd., Suite 106
6  Roseville, CA 95661
7  Phone: (916) 652-2221
   Email: liptonapc@aol.com
8
   Eileen M. Bissen, *pro hac vice*
9  Neyhart, Anderson, Flynn & Grosboll, APC
   369 Pine Street, Suite 800
10 San Francisco, CA 94104
   Phone: (415) 677-9440
11 Fax: (415) 677-9445
12 Email: ebissen@neyhartlaw.com

13 *Attorneys for Plaintiff*
   *Amalgamated Transit Union, Local 1637*
14

15                IN THE UNITED STATES DISTRICT COURT
16                        DISTRICT OF NEVADA
                         SOUTHERN DIVISION
17

18 **AMALGAMATED TRANSIT UNION,**          )  **Case No. 2:11-CV-01986-JCM (CWH)**
   **LOCAL 1637,**                          )
19                                          )
                                            )  **DECLARATION OF EILEEN M.**
20                                          )  **BISSEN**
               **Plaintiff,**               )
21 **v.**                                   )
                                            )
22 **VEOLIA TRANSPORTATION**                )
   **SERVICES, INC.**                       )
23                                          )
                                            )
24           **Defendant**                  )
                                            )
25 _____ )

   NEYHART,
   ANDERSON,
26 FLYNN &
   GROSBOLL
27 ATTORNEYS AT LAW
                                              DECLARATION OF EILEEN M. BISSEN
28                                                                              1

1    I, EILEEN M. BISSEN, hereby declare:

2        1.      I am an attorney with the law firm of Neyhart, Anderson, Flynn & Grosboll, APC,

3    in San Francisco, California.  I have been admitted *pro hac vice* for and represent the Plaintiff in

4    the above-referenced case.   I make the following declaration based on my personal knowledge

5    and can and would testify competently thereto.

6

7        2.      I appeared on behalf of Plaintiff at the discovery hearing held before the Honorable

8    Magistrate Judge Carl W. Hoffman in the above-referenced court on May 15, 2012.  Attorney

9    Peter Goatz appeared on behalf of Defendant at that hearing.

10       3.      At the hearing on May 15, 2012, the Honorable Magistrate Judge Carl W.

11   Hoffman, Mr. Goatz, and I discussed at considerable length the need for discovery in this case,

12   given that this case is simply one seeking to vacate an arbitration award.  When asked what

13   discovery was necessary according to Defendant, Mr. Goatz responded that discovery was needed

14   regarding the issue of mitigation of damages, or lack thereof, in light of Plaintiff's alleged

15   requested remedy of reinstatement.  I responded that Plaintiff would stipulate that the court does

16   not have the power or jurisdiction to reinstate the grievant, thereby alleviating the need for

17   discovery.

18       4.      At the hearing on May 15, 2012, the Honorable Magistrate Judge Carl W. Hoffman

19   indicated that the Plaintiff carries the burden of proof and, as such, should file its dispositive

20   motion, which Defendant could then oppose.

21       5.      Immediately following the hearing held on May 15, 2012, Mr. Goatz told me I

22   should coordinate with Gina Moshiri, another attorney for Defendant who was not present at the

23   hearing, regarding the Stipulation and Proposed Order the parties were instructed to file.

24       6.      On May 23, 2012, I emailed Ms. Moshiri and Mr. Goatz a draft Stipulation and

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

DECLARATION OF EILEEN M. BISSEN
2

Proposed Order.

7.   Having received no response from Ms. Moshiri or Mr. Goatz to my email, on May 24, 2012, I sent another email to Ms. Moshiri and Mr. Goatz regarding the draft Stipulation and Proposed Order.

8.   On May 24, 2012, I received an email from Ms. Moshiri, on behalf of Defendant, wherein she stated, "We maintain that discovery may be necessary in this case." Ms. Moshiri's revised version of the Stipulation and Proposed Order deleted Plaintiff's language that discovery is unnecessary at this time and should be stayed until after the court's decision regarding whether or not the underlying arbitration award should be vacated.

9.   Defendant's revised version of the Stipulation and Proposed Order also deleted Plaintiff's language setting the briefing schedule. Defendant's version, which allows the parties to file simultaneous dispositive briefs, contradicts the briefing schedule described by the Honorable Magistrate Judge Carl W. Hoffman on May 15, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of May, 2012.

\_\_/s/Eileen M. Bissen_____
EILEEN M. BISSEN

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

DECLARATION OF EILEEN M. BISSEN

3

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 25th of May, 2012, I caused a true and correct copy of the following document to be served upon the counsel listed herein via the court general Notice of Electronic Filing and the ECF system:

DECLARATION OF EILEEN M. BISSEN

**Anthony Zmaila**
Anthony A. Zmaila Limited PLLC
265 E Warm Springs Rd.
Suite 100
Las Vegas, NV 89119
Email: usdcecf.aaznevada@gmail.com

**Gina Moshiri**
McMahon Berger, PC
2730 North Ballas Road
St. Louis, mo 63131
Email: moshiri@mcmahonberger.com

**James N. Foster , Jr.**
McMahon Berger, P.C.
2730 N. Ballas Road
Suite 200
St. Louis, MO 63131
Email: foster@mcmahonberger.com

**Peter J Goatz**
Anthony A. Zmaila Limited PLLC
265 E. Warm Springs Road
Las Vegas, NV 89119
Email: peter@aaznevada.com

I declare under penalty of perjury that the foregoing is true and correct.

An employee of Neyhart, Anderson, Flynn and Grosboll

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW