UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMALGAMATED TRANSIT UNION LOCAL 1637, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>VEOLIA TRANSPORTATION SERVICES, INC.,<br><br>    Defendant. | 2:11-CV-1986 JCM (CWH) |

**ORDER**

On August 24, 2012, plaintiffs Amalgamated Transit Union Local 1637, AFL-CIO, et al. filed an administrative record electronically. (Doc. # 35). Pursuant to special order 109, plaintiffs were to file the administrative record manually with the clerk's office.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the clerk's office place the images for the administrative record docket entry (doc. # 35) under seal.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiffs manually file a copy of the administrative record with the clerk's office.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiffs file a notice of manual filing of the administrative record.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    Plaintiffs shall have up to, and including, September 7, 2012, to file a manual copy of the
2    administrative record as well as the notice of manual filing.
3    DATED August 27, 2012.

_____
UNITED STATES DISTRICT JUDGE